No. 94–59. Cox *v.* Newton et al. Sup. Ct. Tenn. Certiorari denied.

No. 94–60. Byrd *v.* Presentment Agency. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 94–61. Fellin *v.* Pennsylvania. Super. Ct. Pa. Certiorari denied.

No. 94–62. Woodard *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 94–63. Martinson *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 94–65. Fodor *v.* Time Warner, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 94–67. Reed *v.* Delta Air Lines, Inc. C. A. 6th Cir. Certiorari denied.

No. 94–69. Sunkist Growers, Inc. *v.* Del Monte Corp. et al. C. A. 11th Cir. Certiorari denied.

No. 94–71. Lumbermens Mutual Casualty Co. *v.* S–W Industries, Inc., et al. C. A. 6th Cir. Certiorari denied.

No. 94–73. Southwestern Bell Telephone Co. *v.* Oklahoma Corporation Commission. Sup. Ct. Okla. Certiorari denied.

No. 94–74. Gardell *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 94–75. Knapp *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 94–76. Velasquez *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–77. Foules *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.